Brian C. Buescher (*pro hac vice*)
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

and

Jeffrey R. Sylvester, Esq.
Sylvester & Polednak, LTD.
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128

*Counsel for Plaintiff, Bio Tech Nutrients, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIO TECH NUTRIENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN H. KUNZ, an individual; DOE individuals I through X; and ROE Corporations and Organizations I through V, inclusive,<br><br>Defendants. | Case No. 2:10-cv-00896-LRH-RJJ<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR CASE PROGRESSION DEADLINES** |
| JOHN H. KUNZ,<br><br>Counterclaimant,<br><br>v.<br><br>BIO TECH NUTRIENTS, LLC,<br><br>Counter-Defendant. | |

Plaintiff Bio Tech Nutrients, LLC ("BTN") and Defendant John H. Kunz ("Kunz"), pursuant to Federal Rule of Civil Procedure 29(b), LR 7-1, and LR 26-4, jointly move the Court for an extension of discovery deadlines.  In support of such Motion, the parties state as follows:

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

4834-0996-5832.1

1. Pursuant to LR 26-4(a), the discovery completed thus far in this case includes the following:

   a. On October 29, 2010, Defendant Kunz served 166 discovery requests upon Plaintiff BTN;

   b. On November 12, 2010, Plaintiff BTN served 36 discovery requests and accompanying interrogatories upon Defendant Kunz;

2. On December 15, 2010, upon a court-approved extension of time to respond to discovery requests, BTN responded to discovery requests of Kunz and provided a partial production of documents.

3. On December 29, 2010, upon a court-approved extension of time to respond to discovery requests, Kunz responded to discovery requests of BTN and subsequently provided a partial production of documents.

4. At this time, Plaintiff BTN believes it is yet to produce approximately 40,000 pages of documents. At this time Plaintiff BTN is continues to review such documents for privilege and confidentiality.

5. At this time, Defendant Kunz believes he is yet to produce over 25,000 pages of documents, with approximately an additional 40,000 pages of spreadsheets and other e-mail attachments he also intends to produce. At this time Defendant Kunz continues to review such documents for privilege and confidentiality.

6. Going forward, the parties believe it is necessary to take over 10 depositions, none of which have been taken. The parties also need to provide expert reports, which cannot be prepared until additional discovery is completed and exchanged.

7. The parties also wish to engage in settlement discussions and thus further request the below extensions for that purpose.

8. The Parties jointly request the following extensions:

     a.     The discovery cut-off date shall be moved from May 30, 2011 to September 30, 2011.

     b.     The deadline for Bio Tech's disclosure of experts and their reports shall be moved from March 15, 2011 to occur on or before July 15, 2011.

     c.     The deadline for Kunz's disclosure of experts and their reports shall occur on or before August 15, 2011.

     d.     The disclosure of all Parties' rebuttal experts and their reports shall occur on September 1, 2011.

     e.     The parties shall file the interim status report required by LR 26-3 by August 1, 2011, 60 days before the discovery cut-off date of September 30, 2011, as required by LR 26-3.

     f.     The parties shall have until October 31, 2011 to file dispositive motions. This is 31 days after the discovery cut-off date.

     g.     The parties will prepare a Consolidated Pre-Trial Order by November 30, 2001, which is not more than 30 days after the date set for filing dispositive motions in this case.

     h.     Any stipulation for additional extensions must be made not later than September 7, 2011, 23 days prior to the discovery cut-off date to fully comply with LR 26-4.

WHEREFORE, Plaintiff and Defendant request that the forgoing extensions of time be granted for the dates requested.

Dated this 22nd day of February, 2011.

|   |   |
|---|---|
| | By: s/ Brian C. Buescher |
| | Brian C. Buescher (*pro hac vice*) |
| | Kutak Rock LLP |
| | The Omaha Building |
| | 1650 Farnam Street |
| | Omaha, NE  68102-2186 |
| | brian.buescher@kutakrock.com |
| | |
| | and |
| | |
| | Jeffrey R. Sylvester, Esq. |
| | Nevada Bar No. 4396 |
| | Sylvester & Polednak, LTD |
| | 7371 Prairie Falcon Road, Suite 120 |
| | Las Vegas, NV  89128 |
| | jeff@sylvesterpolednak.com |
| | |
| | Counsel for Plaintiff |
| | BIO TECH NUTRIENTS, LLC |

Dated this 22nd day of February, 2011.

By: s/ Jeffrey C. Parry
Jeffrey C. Parry (*pro hac vice*)
Brook B. Bond (*pro hac vice*)
Zarian Midgley & Johnson PLLC
University Plaza
960 Broadway Ave., Suite 250
Boise, ID  83706
bond@zmjlaw.com
parry@zmjlaw.com

and

David R. Koch
Koch & Scow LLC
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
dkoch@kochscow.com

Counsel for Defendant
JOHN H. KUNZ

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: MARCH 7, 2011