**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIO TECH NUTRIENTS, LLC, | Case No. 2:10-cv-00896-LRH-RJJ |
| Plaintiff, | **ORDER GRANTING MOTION OF DISMISSAL** |
| v. | |
| JOHN H. KUNZ, | |
| Defendant. | |

Considering the Joint Motion to Dismiss filed on behalf of Plaintiff Bio Tech Nutrients, LLC ("BTN") and Defendant John H. Kunz [Doc. No. 34],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Dismiss is granted. All claims between BTN and Mr. Kunz are dismissed with prejudice and with each party bearing its own fees and costs.

Dated this 12th day of July, 2011.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE